**3**

BRAD A. MOKRI, SBN: 208213
JENNIFER N. HUPE, SBN: 256009
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

Attorneys for Plaintiff,
HERITAGE PACIFIC FINANCIAL LLC d/b/a HERITAGE PACIFIC FINANCIAL

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>HARLAN THOMAS,<br><br>       Debtor,<br><br>HERITAGE PACIFIC FINANCIAL, LLC d/b/a HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>       Plaintiff,<br><br>       v.<br><br>HARLAN THOMAS,<br><br>       Defendant. | Chapter 7<br>Bankruptcy Case No.: 10-40912-A-7<br><br>Adversary Case No: 10-02716-A<br>DC#: BAM-1<br><br>**DECLARATION OF BEN GANTER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

I, Ben Ganter, declare as follows:

    1. I am the Director of Client Relations for Heritage Pacific Financial, LLC d/b/a Heritage Pacific Financial. I have personal knowledge of the facts stated herein. I am familiar with Heritage Pacific Financial's regular course of business and its operations within the secondary mortgage market. I participate in the purchase of mortgage notes on the secondary market, on behalf of Plaintiff Heritage Pacific Financial.

---

**DECLARATION OF BEN GANTER**

2. This Declaration is being submitted in support of Plaintiff's request that the court enter a judgment against Defendant.

3. As the Director of Client Relations, I serve as Heritage Pacific Financial's custodian of records and do hereby certify that each of the documents produced in support of Plaintiff Request for Entry of Judgment are true and correct copies of the originals, which are and as they are maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

4. Heritage Pacific Financial is the current owner and holder of Defendant's loan and promissory note.

5. I further certify that the amount of actual damages, as more particularly described in Plaintiff's Complaint and Summary of the Case were sustained by Heritage Pacific Financial as a result of the acts and/or omissions of the Defendant.

6. When purchasing loans on the secondary market, Heritage Pacific Financial relies *only* on the information provided on the loan application (otherwise referred to as the 1003 Application or Uniform Residential Loan Application).

7. When seeking to purchase a note on the secondary market, Heritage relies on the stated income of the borrower, the borrower's assets and debts, occupation, and other real property as set forth on the 1003 Application. The borrower signs an "Acknowledgement and Agreement" representing to the lender, its agents, brokers, processors, attorneys, insurers, servicers, successors and assign that the information provided in this application is true and correct.

8. By signing the "Acknowledgement and Agreement" the borrower intends to make these representations to any subsequent note holders, like Heritage Pacific Financial. This acknowledgement and agreement is an essential clause to which Heritage Pacific Financial relies on in purchasing the notes from the Lender. Absent this clause, Heritage Pacific Financial would have no incentive to purchase these notes, and the risk of loss would gravely outweigh the cost.

9. Had Heritage Pacific Financial known that the actual income of the borrower was falsely stated on the 1003 Application, Heritage Pacific Financial would not have purchased that note.

**DECLARATION OF BEN GANTER**

10. Attached as "**Exhibit A**" is a true and correct copy of the Defendant's Uniform Residential Loan Application, otherwise known as 1003 Form, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

11. Attached as "**Exhibit B**" is a true and correct copy of the Promissory Note, executed by Defendant, the original of which is maintained in the records of Heritage Pacific Financial in the ordinary course of its business.

12. Attached as **Exhibit "C"** is a true and correct copy of the Deed of Trust regarding real property located at 9688 HOGAN DAM ROAD, VALLEY SPRINGS CALIFORNIA 95252, which proves Defendant obtained said property on or about November 7, 2005.

13. Attached as **Exhibit "D"** is a true and correct copy of property records search results for Calaveras County regarding land located on LAST CHANCE AVENUE, in BURSON CALIFORNIA 95225, which shows Defendant acquired the land on or about May 3, 2005.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct on this 30th day of June, in Plano, Texas.

By:_____

Ben Ganter
Director of Client Relations and Custodian of
Records for Heritage Pacific Financial, LLC. dba
Heritage Pacific Financial

---

**DECLARATION OF BEN GANTER**